**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10484 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00612-HDM |
| v. | |
| PATRICK RANEY, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Howard D. McKibben, District Judge, Presiding

Submitted May 15, 2012[**]

Before:    CANBY, GRABER, and M. SMITH, Circuit Judges

Patrick Raney appeals from the 87-month sentence imposed following his

guilty-plea conviction for being a felon in possession of a firearm, in violation of

18 U.S.C. §§ 922(g)(1) and 924(a)(2).  We have jurisdiction under 28 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1291, and we affirm.

Raney contends that the sentence is substantively unreasonable because the district court failed to consider several of his mitigating arguments. The record reflects that the district court considered Raney's arguments in mitigation, and engaged in a thorough analysis of the 18 U.S.C. § 3553(a) sentencing factors, before concluding that a sentence at the high end of the adjusted Guidelines range was appropriate. The sentence is substantively reasonable in light of the totality of the circumstances and the section 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**

11-10484